May Term,
1846.

REDDINGTON
v.
HAMILTON.

---

## REDDINGTON *v.* HAMILTON and Others.

The Circuit Court, in trying an appeal from an order of the board of county commissioners directing the change of a road, acts as a Court of original jurisdiction, and should have before it the original papers.

*Friday,*
*May 29.*

ERROR to the *Decatur* Circuit Court.

DEWEY, J.—The board of commissioners of *Decatur* county ordered and adjudged that a certain road should be changed. An appeal was taken to the Circuit Court, which also made the same order, and gave judgment against the appellant (who objected in both Courts against the change) for costs.

The Circuit Court tried the cause upon a transcript of the record of the proceedings of the board of commissioners.

This was erroneous.  We have heretofore decided that a <span>May Term, 1846.</span>
Circuit Court is to try an appeal from an order of the board
of county commissioners *de novo*, as a Court of original juris- <span>MAHAN v. SHERMAN.</span>
diction, and not as a Court of errors; and that to give it
jurisdiction in a cause like this, it is necessary that the origi-
nal petition for the change of a road, and the original report
of the commissioners, appointed upon such petition to view
the road proposed to be changed, should be before it.  *Beeler*
v. *Hantsch*, 5 Blackf. 594.  In this cause such was not the
fact.  The petition is not set out even in the transcript of
the record of the proceedings of the board of commissioners,
though the report is.

*Per Curiam.*—The judgment is reversed with costs.
Cause remanded, &c.

*J. H. Bradley*, for the plaintiff.